IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID H. GOODMAN, on behalf of himself and derivatively on behalf of KEY INGREDIENT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PHILIPPE CREVOISIER, CHRISTOPHE BOUZIGUES, KEVIN CAMPHUIS, SEB S.A.S. d/b/a SAS SEB, SEB S.A. d/b/a GROUPE SEB,  and SEB ALLIANCE d/b/a GROUPE SEB ALLIANCE, <br> Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 1:12-cv-01169-JRN |

## AGREED MOTION TO APPROVE SETTLEMENT

Plaintiff and Defendants, being all the parties to this action, file this agreed motion to approve settlement and would respectfully show:

1.  Rule 23.1 of the Federal Rules of Civil Procedure requires the Court's approval of the settlement of a derivative action.  This action is a derivative action, brought on behalf of Key Ingredient Corporation.

2.  Key Ingredient has only two shareholders:  Plaintiff David Goodman and Defendant SEB Alliance.

3.  With the assistance of mediator Patrick Keel, Plaintiff and Defendants have reached a settlement, conditioned upon the Court's approval under Rule 23.1.  Among other terms, the settlement contemplates (i) a payment to Plaintiff, (ii) assignment by Plaintiff to Key Ingredient Corporation of all Plaintiff's stock in Key Ingredient Corporation, (iii) dismissal of the lawsuit, (iv) releases and (v) confidentiality.  Following the approval of this settlement, and

upon the occurrence of certain undertakings of the Parties, the sole shareholder of Key Ingredient Corporation would be SEB Alliance.

4. Because of the covenant of confidentiality, but in light of the circumstance that all shareholders have notice of the proposed settlement and have expressly agreed to the proposed settlement, the parties ask that the Court not require the terms of the settlement to appear of record. The parties will furnish the Court *in camera* such information, if any, as the Court may request concerning the economic terms of the settlement.

5. If the Court grants approval, then the parties will file an agreed motion to dismiss promptly.

6. A suggested form of order is filed with this motion.

Respectfully submitted,

/s/ Matthew C. Powers
John J. McKetta, III
Texas State Bar No. 13711500
mmcketta@gdhm.com
Matthew C. Powers
Texas State Bar No. 24046650
mpowers@gdhm.com
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200, Austin, TX  78701
P.O. Box 98, Austin, TX  78767
(512) 480-5616
(512) 480-5816 (facsimile)

ATTORNEYS FOR PLAINTIFF

2032146.1

/s/ Jordan M. Webster (with permission by Matthew C. Powers)

Michael D. Marin
Boulette & Golden, LLP
2801 Via Fortuna, Suite 530
Austin, Texas  78746
(512) 732-8924
(512) 732-8905 (fax)
mmarin@boulettegolden.com

Gretchen L. Jankowski
Jordan M. Webster
Buchanan Ingersoll & Rooney PC
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA  15219
(412) 562-8800
(412) 562-1041 (fax)
gretchen.jankowski@bipc.com
jordan.webster@bipc.com

ATTORNEYS FOR DEFENDANTS

2032146.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of December 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael D. Marin
Boulette & Golden, LLP
2801 Via Fortuna, Suite 530
Austin, Texas 78746
(512) 732-8924
(512) 732-8905 (fax)
mmarin@boulettegolden.com

Gretchen L. Jankowski
Jordan M. Webster
Buchanan Ingersoll & Rooney PC
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219
(412) 562-8800
(412) 562-1041 (fax)
gretchen.jankowski@bipc.com
jordan.webster@bipc.com

ATTORNEYS FOR DEFENDANTS

/s/ Matthew C. Powers
Matthew C. Powers

2032146.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID H. GOODMAN, on behalf of himself and derivatively on behalf of KEY INGREDIENT CORPORATION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:12-cv-01169-JRN |
| PHILIPPE CREVOISIER, CHRISTOPHE BOUZIGUES, KEVIN CAMPHUIS, SEB S.A.S. d/b/a SAS SEB, SEB S.A. d/b/a GROUPE SEB, and SEB ALLIANCE d/b/a GROUPE SEB ALLIANCE, | § § § § § § | |
| Defendants. | § | |

**ORDER**

The Court has considered the agreed motion to approve settlement, filed by Plaintiff and Defendants. Having considered the motion pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, the Court finds (i) that Key Ingredient Corporation has only two shareholders – Plaintiff Goodman and Defendant SEB Alliance, and (ii) that each shareholder of Key Ingredient Corporation has notice of, and has expressly agreed to, the terms of the proposed settlement. The Court is satisfied that the purposes of Rule 23.1 have been achieved. It is therefore

ORDERED that the parties' proposed settlement be, and it hereby is, APPROVED; and it is

FURTHER ORDERED that the parties shall promptly file appropriate papers to achieve dismissal of this action.

SIGNED this ___ day of December, 2013.

_____
THE HONORABLE JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE

2032146.1