IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 JAN -2 PM 1:12
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KCC
          DEPUTY

| | |
|---|---|
| DAVID H. GOODMAN, on behalf of himself and derivatively on behalf of KEY INGREDIENT CORPORATION, §§§§§ | |
| Plaintiff, § | |
| v. § | Civil Action No. 1:12-cv-01169-JRN |
| PHILIPPE CREVOISIER, CHRISTOPHE BOUZIGUES, KEVIN CAMPHUIS, SEB S.A.S. d/b/a SAS SEB, SEB S.A. d/b/a GROUPE SEB, and SEB ALLIANCE d/b/a GROUPE SEB ALLIANCE, §§§§§§ | |
| Defendants. § | |

## ORDER

The Court has considered the agreed motion to approve settlement, filed by Plaintiff and Defendants. Having considered the motion pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, the Court finds (i) that Key Ingredient Corporation has only two shareholders – Plaintiff Goodman and Defendant SEB Alliance, and (ii) that each shareholder of Key Ingredient Corporation has notice of, and has expressly agreed to, the terms of the proposed settlement. The Court is satisfied that the purposes of Rule 23.1 have been achieved. The Court therefore

ORDERS that the parties' proposed settlement be, and it hereby is, APPROVED.

The Court FURTHER ORDERS that the parties shall promptly file appropriate papers to achieve dismissal of this action.

SIGNED this 31st day of December, 2013.

*/s/ James R. Nowlin*

THE HONORABLE JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE