# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 13-50300
1:12cv1169



FILED
JAN 13 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

DAVID H. GOODMAN, on behalf of himself and derivatively on behalf of Key Ingredient Corporation; KEY INGREDIENT CORPORATION,

    Plaintiffs - Appellees

v.

PHILIPPE CREVOISIER; CHRISTOPHE BOUZIGUES; KEVIN CAMPHUIS; SEB, S.A., doing business as Groupe SEB; SEB, S.A.S., doing business as SAS SEB; SEB ALLIANCE, doing business as Groupe SEB Alliance,

    Defendants - Appellants

---

Appeals from the United States District Court for the
Western District of Texas, Austin

---

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of January 08, 2014, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Linda B. Miles, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

08 JAN 2014